*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leonard D. Bovo
    Debtor(s)

Case No: 18−10981−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper.

on: 3/17/20

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/6/20

Timothy B. McGrath
Clerk of Court

50 − 49
Form 167