```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-10981-elf
Leonard D. Bovo                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1            Date Rcvd: Mar 06, 2020
                              Form ID: 167           Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Leonard D. Bovo,    816 West Ashland Avenue,    Glenolden, PA 19036-1625
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Mar 07 2020 03:08:01      Synchrony,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2020 03:12:55      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Leonard D. Bovo spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              LESLIE J. RASE   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com,
               lerase@logs.com
              MICHAEL J. CLARK    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mjclark@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leonard D. Bovo
    Debtor(s)

Case No: 18−10981−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper.

on: 3/17/20

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/6/20

Timothy B. McGrath
Clerk of Court

50 − 49
Form 167