IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Leonard D. Bovo,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>    Movant, | BANKRUPTCY CASE NUMBER<br>18-10981/ELF |
| v.<br>Leonard D. Bovo,<br>    Debtor, | 11 U.S.C. § 362 |
| William C. Miller, Trustee,<br>    Additional Respondent. | |

**O R D E R**

AND NOW, this __19th__ day of __March__, 2020, after notice to all required parties and certification of default under the terms of this Court's Order of May 16, 2019 it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 816 West Ashland Avenue, Glenolden, PA 19036; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**