# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Leonard D. Bovo  <u>Debtor</u> | | CHAPTER 13 |
| Toyota Lease Trust  <u>Secured Creditor</u>  vs. | | NO. 18-10981 ELF |
| Leonard D. Bovo  <u>Debtor</u> | | |
| William C. Miller Esq.  <u>Trustee</u> | | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on or about February 13, 2018.

2. On or about August 14, 2018, Toyota Lease Trust ("Secured Creditor") filed a Motion for Relief with regards to a Lease for a 2017 TOYOTA COROLLA, VIN: 2T1BURHE4HC775081 ("the Vehicle").

3. The Motion for Relief was resolved via a Stipulation approved by this Court on September 12, 2018.

4. Since the Stipulation was approved, the Lease has matured as of January 18, 2020.

5. Secured Creditor and Debtor now agree and stipulate that relief from the automatic stay with regards to the Vehicle is now lifted.

6. Secured Creditor, its successors and/or assigns may take possession and sell, lease, and otherwise dispose of the Vehicle in a commercially reasonable manner.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 2, 2021

By: /s/Rebecca A. Solarz
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

Date: 3/4/2021

David B. Spitofsky, Esquire
Attorney for Debtor

Approved by the Court this __ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

Date: 3/5/21

Bankruptcy Judge
Eric L. Frank