United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10981-elf |
| Leonard D. Bovo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard D. Bovo, 816 West Ashland Avenue, Glenolden, PA 19036-1625 |
| 14055628 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14200570 | + | Nationstar Mortgage LLC, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14055639 | + | Nationwide Credit Corporation, 5503 Cherokee Avenue, Alexandria, VA 22312-2307 |
| 14055640 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 01 2022 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2022 03:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:50:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14055631 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:50:02 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14077780 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:49:59 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14096357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 03:38:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14055632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2022 03:50:01 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14055633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 03:49:59 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14055634 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2022 03:49:59 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14055635 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 01 2022 03:49:56 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14055630 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 01 2022 03:38:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |

Case 18-10981-elf   Doc 61   Filed 06/02/22   Entered 06/03/22 00:34:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14093598 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:59 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14093599 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | LVNV Funding, LLC its successors and assigns as, assignee of Soaring Capital, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14085382 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2022 03:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14055636 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2022 03:38:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14055637 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jun 01 2022 03:38:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14055638 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2022 03:38:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14092791 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2022 03:49:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14056120 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 01 2022 03:49:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14085548 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2022 03:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14086961 | | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2022 03:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14217463 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14055641 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:50:02 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14096400 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14055642 | | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14055643 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 01 2022 03:38:00 | Toyota Motor Credit Corporation, 5005 N. River Boulevard, Cedar Rapids, IA 52411 |
| 14072668 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 01 2022 03:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14610228 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:49:56 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14055629 | *+ | Leonard D. Bovo, 816 West Ashland Avenue, Glenolden, PA 19036-1625 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 35

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Leonard D. Bovo spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| LESLIE J. RASE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com lerase@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     **LEONARD D. BOVO,** | : | |
| | : | |
|     Debtor | : | Bky. No. 18-10981 ELF |

## O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: 5/31/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**